United States District Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **GUADALUPE ARREDONDO GARCIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00071 |
| | § | |
| **JM TRANSPORT,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff Guadalupe Arredondo Garcia and Defendants JM Transport and Julio Rivera Callejas filed a self-effectuating Stipulation of Dismissal with Prejudice. (Dkt. 25.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties settled the case and state no further court proceedings are necessary. (Dkt. 25.) The Stipulation, signed by counsel for all Parties, notifies the Court that the case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this February 4, 2025.

_____
Diana Saldaña
United States District Judge